# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 313-008 |
| MATTHEW J. TAYLOR | * | |

## ORDER

On July 1, 2014, Defendant Matthew J. Taylor was sentenced to serve 156 months in prison upon his plea of guilty to one count of possession with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). It was further adjudged that Defendant would serve this sentence **consecutive** to any term of imprisonment Defendant was currently serving in state court. Following his federal sentence, Taylor was returned from this Court's writ to state custody, whereby he continued serving his state sentence.

Presently, Defendant has filed a "Motion to Render Defendant" in which he states that he is currently in state custody "and wishes and prays upon the United States to render [him] to its custody in a timely manner." Defendant, however, provides no justification or argument as to why he should be in federal custody rather than state custody in that he is still serving his state sentence. Absent a showing that

Defendant is being held unlawfully, his motion (doc. no. 34) must be **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ____6th____ day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE