IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 313-008 |
| | * | |
| MATTHEW J. TAYLOR | * | |

O R D E R

On June 5, 2023, the Court denied Defendant Matthew J. Taylor's motion to correct his Presentence Investigation Report for the reasons provided in the Government's response in opposition. At present, Defendant has filed a motion for reconsideration because he never received the Government's responsive brief, so he was unaware of its reasoning and was unable to file a reply.

The Government sent a copy of its responsive brief to Defendant at his place of incarceration on May 5, 2023. The Court did not enter its Order for 30 days. This should have been ample time for Defendant to receive a copy. Nevertheless, and in an abundance of caution, the Clerk is directed to attach a copy of the Government's responsive brief (doc. no. 64) to the service copy of this Order.

Defendant asks the Court to vacate the Order of June 5, 2023 to allow for an opportunity to file a reply brief. The Court only

issues summary dispositions like the June 5, 2023 Order when the Government's legal position is unassailable. For this reason, it is highly improbable that Defendant's reply would alter the legal analysis of the parties' respective positions. His request to vacate the Order of June 5, 2023 is therefore denied.

Upon the foregoing, Defendant Taylor's motion for reconsideration (doc. no. 66) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE